UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                                    NO. CIV. S-08-145 LKK/GGH

          Plaintiff,

     v.

                                    O R D E R

HARRY LEVAN, et al.,

          Defendants.

_____/

     Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

     IT IS SO ORDERED.

     DATED: March 7, 2008.


                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT